**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1562**

_____

PAMELA J. DILTZ,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (CA-02-7-1-T)

_____

Submitted:  August 29, 2002        Decided:  September 4, 2002

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pamela J. Diltz, Appellant Pro Se.  David I. Pincus, Annette Marie
Wietecha, Dara B. Oliphant, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pamela J. Diltz appeals the district court's orders granting the Government's motion to enforce an IRS summons and denying Diltz's motions for clarification and injunctive relief. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Diltz v. United States</u>, No. CA-02-7-1-T (W.D.N.C. May 1 & May 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>